UNITED STATES of America, Plaintiff—Appellee,

v.

Joel CRUZ–OSORNIO, Defendant— Appellant.

No. 02–10386.

D.C. No. CR–01–00467–KJD.

United States Court of Appeals, Ninth Circuit.

---

1. We decline to reach the issues Allen raises that were not certified for appeal. 9th Cir. R. 22–1.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Submitted Aug. 11, 2003.*

Decided Aug. 20, 2003.

Before SCHROEDER, Chief Judge, and HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM **

Joel Cruz–Osornio appeals the sentence imposed following his guilty plea to unlawful reentry after deportation in violation of 8 U.S.C. § 1326(a). Cruz–Osornio concedes that Ninth Circuit precedent forecloses his argument that imposition of a sentence longer than 8 U.S.C. § 1326(a)'s two-year statutory maximum based on a prior conviction neither alleged in the indictment nor admitted during the plea canvass violates due process under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *See United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000) (rejecting this argument). Cruz–Osornio states that he presents the issue merely to preserve it should ensuing Supreme Court precedent alter the legal landscape. The judgment is therefore

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

